**Serafin Ruiz CARRILLO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 09–3258.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 11, 2010.

Filed: June 16, 2010.

J. Wm. Moreland, South Sioux City, NE, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Anthony John Messuri, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Serafin Ruiz Carrillo, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen and reconsider the BIA's prior decision, affirming an immigration judge's denial of cancellation of removal. We conclude Carrillo has waived any challenge to the BIA's denial of reopening and reconsideration, *see Averianova v. Holder*, 592 F.3d 931, 935 (8th Cir. 2010) (alien waived claim by failing to present argument on appeal), and that the denial of cancellation of removal is not properly before us, *see* 8 U.S.C. § 1252(b)(1) (petition for review must be filed within 30 days of final order of removal); *Boudaguian v. Ashcroft*, 376 F.3d 825, 827 (8th Cir.2004) (motion to reopen and reconsider filed after BIA affirmed IJ's denial of removal relief did not toll time for seeking judicial review of BIA's affirmance of IJ's decision).

Accordingly, we deny the petition for review. We also deny respondent's pending motion.